IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NOVELPOINT TRACKING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 6:14-00285 ) |
| RAYMARINE, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff NovelPoint Tracking, LLC ("NovelPoint") hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Raymarine, Inc. ("Raymarine") has not yet answered the Complaint. Accordingly, NovelPoint voluntarily dismisses Raymarine without prejudice pursuant to Rule 41(a)(1).

Dated: June 23, 2014    */s/ Andrew W. Spangler*
Andrew W. Spangler TX SB #24041960
spangler@spanglerlawpc.com
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, TX 75601
Telephone: (903) 753-9300
Facsimile: (903) 553-0403

OF COUNSEL:

Stamatios Stamoulis DE SB #4606
stamoulis@swdelaw.com
Richard C. Weinblatt DE SB #5080
weinblatt@swdelaw.com
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540
Facsimile: (302) 762-1688

*Attorneys for Plaintiff*
*NovelPoint Tracking LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served June 23, 2014, with a copy of this document via the Court's CM/ECF system.

*/s/ Andrew W. Spangler*
Andrew W. Spangler TX SB #24041960